# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **vs.** § | NO. SA:22-MJ-00346(1)-HJB |
| § | |
| **TOM MCKISSICK** § | |

### DEFENDANT'S NOTICE OF APPEARANCE AS COUNSEL

**TO THE HONORABLE HENRY J. BEMPORAD, UNITED STATES MAGISTRATE COURT JUDGE, UNITED STATES MAGISTRATE COURT, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION**

Now comes TOM MCKISSICK, Defendant in the above entitled and numbered cause, by and through the undersigned and gives this notice of appearance as Counsel in the instant case, by JEFFREY MULLINER of Bexar County, Texas, practicing attorney licensed to practice law in the Federal Courts of the State of Texas.

**I.**

The Defendant desires to have JEFFREY MULLINER make the instant appearance and represent him as counsel.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant prays that this Honorable Court permit this written appearance of Counsel and enter the same into the papers of the cause.

Respectfully submitted,

**The Mulliner Law Firm, PLLC**
628 S. St. Mary's St., Suite 100
San Antonio, Texas 78205
(210) 532-5333 (Office)
(210) 827-5154 (Mobile)
(210) 532-5336 (Fax)
jeff@mulliner.com (email)



By:
   Jeff Mulliner
   State Bar No. 00788094
   Attorney for Tom McKissick

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CE/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Attn:  Bettina Richardson

By:
   Jeff Mulliner
   State Bar No. 00788094
   Attorney for Tom McKissick

**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | NO. SA:22-MJ-00346(1)-HJB |
| | § | |
| **TOM MCKISSICK** | § | |

**O R D E R**

On this the ____ day of _____, 2022, came on to be considered Defendant's Notice of Appearance as Counsel and it appears to the Court that this Notice should be

(GRANTED)     (DENIED)

IT IS HEREBY FURTHER ORDERED

THAT:_____

_____

_____.

SIGNED and ENTERED on this the ____ day of _____, 2022.

_____
HONORABLE HENRY J. BEMPORAD
U.S. MAGISTRAE JUDGE