**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | NO. SA:22-MJ-00346(1)-HJB |
| | § | |
| **TOM JEFFREY McKISSICK** | § | |

**NOTICE OF VACATION AND UNAVAILABILITY**

**TO THE HONORABLE HENRY J. BEMPORAD, UNITED STATES MAGISTRATE JUDGE, UNITED STATES MAGISRATE COURT, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION**

Please be advised that undersigned counsel will be on vacation and unavailable for court appearances on the following dates:

March 29, 2022 through April 13, 2022

Respectfully submitted,

**The Mulliner Law Firm, PLLC**
628 S. St. Mary's St., Suite 100
San Antonio, Texas 78205
(210) 532-5333 (Office)
(210) 827-5154 (Mobile)
(210) 532-5336 (Fax)
jeff@mulliner.com (email)

By:
  Jeffrey Mulliner
  State Bar No. 00788094
  Attorney for Tom Jeffrey McKissick