**FILED**

MAR 1 6 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | Cause No. SA-22-MJ-0346-HJB |
| ) | |
| v. ) | |
| ) | **Filed Under Seal** |
| TOM JEFFREY MCKISSICK, V, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO REDACT AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, and files its Motion to Redact Affidavit in Support of a Criminal Complaint on the above referenced Defendant. The Government requests that the Affidavit be redacted on lines 2-4, paragraph 7c, page 2, specifically, obscuring from view "his nephews" (line 2), "his two nephews" (line 3), and "nephew" (line 4) because the offense includes minor victims and preserves the identity of crime victims. (See Attachment A).

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Court order the Affidavit in Support of a Criminal Complaint redacted.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: _____/s/_____
BETTINA J. RICHARDSON
Assistant United States Attorney
Texas Bar No. 00786196
601 N. W. Loop 410, Suite 600
San Antonio, TX  78216